No. 10–6083.  MILLS v. WAYNE COUNTY BOARD OF EDUCATION. Cir. Ct. Kanawha County, W. Va.  Certiorari denied.

No. 10–6178.  NORWOOD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–6179.  PAPPAS ET AL. v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 10–6291.  KEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–6303.  SINES v. WILNER, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 10–6334.  BRYSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–6376.  NUNO-GARZA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–6377.  PIZZUTO v. IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 10–6398.  TRAXTLE v. MILLS, SUPERINTENDENT, TWO RIVERS CORRECTIONAL CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 10–6509.  LAURENT v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 10–6550.  SCOTT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–6649.  FERGUSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6773.  URGENT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–6788.  LIZCANO v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 10–6929.  PINKARD v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 10–6999.  BOOKER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.